RICHARD N. HILL, Bar No. 083629
Email: rhill@littler.com
ROBERT L. ZALETEL, Bar No. 96262
Email: rzaletel@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
INCOM MECHANICAL, INC., JOE LOCATI, JEFFREY LOCATI, PHIL LOCATI.

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY MARTINEZ, JOSH LECLAIR, NORBERTO SUAREZ, TYLER FOX, AND JARED HUTMAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>INCOM MECHANICAL, INC., JOE LOCATI, JEFFREY LOCATI, PHIL LOCATI, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:11-CV-01392-SI<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE:   October 7, 2011<br><br>PLACE:  Courtroom 10<br>        (Hon. Susan Illston)<br><br>TIME:   2:30 P.M.<br><br>**Complaint Filed:** February 18, 2011 |

The parties have settled this wage hour class action case. The parties anticipate filing a Motion for Preliminary Approval of the Settlement on September 9, 2011, to be heard on October 7, 2011 at 9:00 a.m., pursuant to the Court's September 1, 2011 Order Shortening Time to File a Preliminary Approval Motion for a Class Action Settlement ECF No. 24. The parties request that the Case Management Conference now scheduled for October 7, 2011 at 2:30 p.m. be taken off calendar.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

CASE NO. CV-01392-SI

1  Dated: September 8, 2011

2
                                         /s/ Robert L. Zaletel

3
                                         ROBERT L. ZALETEL
LITTLER MENDELSON

4  A Professional Corporation
Attorneys for Defendant

5  Dated: September 8, 2011            INCOM MECHANICAL, INC.,
JOE LOCATI, JEFFREY LOCATI, PHIL

6                                           LOCATI

7
                                         /s/ Bryan Schwartz

8                                           BRYAN SCHWARTZ
BRYAN SCHWARTZ LAW

9  Attorney for Plaintiffs
RICKY MARTINEZ, ET AL.

10

11

12

13  Firmwide:103699747.3 066122.1001

14

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT       2.        CASE NO. CV-01392-SI